# Individual & Family Health Insurance Plans In Georgia

Our Individual & Family health plans in Georgia are designed to be affordable for different needs and budgets. With a variety of coverage options, we make it easier for you and your family to live your healthiest lives.

Find Plans In Your Area

ZIP Code

Shop Plans

Need help finding the right plan? Talk to a licensed agent:

833-901-1364 (TTY: 711)



Already a member? Log in to your account to renew your plan or compare options.
Ready to pick up where you left off? Complete your application.

## Find A Georgia Individual Health Insurance Plan That's Right For You

Stay on top of your health with Individual and Family health insurance plans designed to fit your budget. Anthem health plans include coverage for doctor visits, hospital care, and mental health benefits, plus:

- $0 virtual care, 24/7[†]
- $0 preventive care[§]
- Prescription drug coverage, with some commonly-used drugs as low as $0[¶]
- Many people qualify for financial help to lower their costs.[‡]

Shop Plans

Feedback

## Bronze Plans

Bronze health insurance plans feature low monthly payments with a higher deductible. These plans are best for individuals or couples who have few doctor visits and only need or want coverage for medical emergencies.

Monthly Payment ?
$ $ $ $

Deductible ?
$ $ $ $

## Silver Plans

Silver health insurance plans have average monthly payments but a lower deductible than a Bronze plan. These plans are ideal for individuals and smaller families with average healthcare needs. Silver plans also offer cost-sharing reductions for those who qualify.

Monthly Payment ?
$ $ $ $

Deductible ?
$ $ $ $

## Gold Plans

Gold health insurance plans have higher monthly payments but an even lower deductible than Silver plans. They are best for individuals or families with regular, ongoing healthcare needs. Gold plans cover most routine healthcare costs.

Monthly Payment ?
$ $ $ $

Deductible ?
$ $ $ $

Shop Plans

# Benefits Of Becoming An Anthem Member

Anthem designed its health plans and networks with different care needs and budgets in mind. We offer a range of choices and make managing your benefits easier than ever. Our integrated approach can help improve your health, lower costs, and provide peace of mind.



## Access To Quality Care

Anthem plans support your healthcare with a range of choices of doctors, care centers, and hospitals. You also have the flexibility of choosing a video visit with a doctor or mental health professional on your smartphone, tablet, or computer.

Find care →

## Pharmacy Coverage

Your Anthem health plan includes coverage for most generic and many brand-name prescription drugs. Some commonly-prescribed drugs are available starting as low as $0. Otherwise, you'll pay a certain amount for medications, depending on the coverage tier or class of drug.

Learn more about pharmacy coverage →





## $0 Preventive Care

Avoiding illness or catching problems early are key to staying healthy. Your plan covers preventive care at no cost to you when you see a doctor in your plan's network. Preventive care includes checkups, screenings, and vaccines.

Explore preventive care plans and guidelines →

## $0 Virtual Care, 24/7

Using the Sydney Health app, you can talk to a board-certified doctor from the comfort of your home or on-the-go. The doctor can give you expert medical advice, diagnose common health issues, and send prescriptions right to your pharmacy. Many plans offer virtual care visits using the Sydney Health app at no cost to you.

Learn more about virtual care →



Shop Plans

## Understanding The Affordable Care Act

The Affordable Care Act (ACA) helps ensure that all Americans have access to affordable health insurance. It offers financial help, or a health insurance subsidy, based on your income, to help reduce your healthcare costs. Our video explains how to determine if you're eligible for financial help when purchasing an ACA health plan.





## Difference Between On And Off Exchange Plans

With Anthem, you have access to both on-exchange and off-exchange health insurance plans that you can shop and compare directly on our site.

ON-EXCHANGE

health insurance plans are also available on Georgia Access, sometimes referred to as the Marketplace. Financial help, or subsidies to lower the cost of coverage, are only available when you enroll in an on-exchange health plan.

OFF-EXCHANGE

health insurance plans covering the same essential health benefits as on-exchange plans are available outside of the exchange or marketplace directly through Anthem.

Our Health Plan Consultants can help you determine if you are eligible for financial help and find the best plan for your needs and budget.

Shop Plans

# How Health Insurance Covers Expenses

Health insurance can be the key to supporting your health and well-being. Once you purchase an Anthem plan, you'll be covered for annual physicals and preventive care visits with providers in your network. Here are the basics of how your plan covers expenses and which portions of your healthcare costs you're responsible for.

### Deductible

The deductible is the amount you pay each year before your plan starts to pay for covered services. This does not include costs for preventive services, which are covered regardless of the deductible when provided by a doctor in your plan's network.

### Copays

Copays are fixed amounts that you pay out-of-pocket for visits to in-network healthcare providers. Amounts can vary depending on the provider (primary care or a specialist) you see or the services you receive (such as medications, labs, and diagnostic tests).

### Coinsurance

Coinsurance is the percentage you pay for covered healthcare services after you reach your deductible. For example, if the allowed amount for a service is $100 and your coinsurance is 20%, you will pay $20 for that service after your deductible is met.

### Out-Of-Pocket Maximum

This is the most you will pay for covered healthcare services during the coverage year. If you reach the out-of-pocket maximum, your plan pays 100% of covered benefits.

Shop Plans

# Health Insurance Basics

Have questions about healthcare insurance, its costs, or special circumstances? These articles cover the basics and can help you make informed health insurance decisions.

Access All Health Basics Articles

### How To Choose A Health Insurance Plan

Knowing the essentials of how health insurance works can help you choose the health insurance plan that's the best option for you or your family.

### Understanding Health Insurance Subsidies

You may be able to save on your health coverage costs with financial help through the Affordable Care Act. Find out if you qualify.

### Balancing Health Insurance Costs

The cost of health insurance can be a big part of your family's budget. Find out how to balance the cost with the coverage and benefits.

### Health Insurance For The Unemployed

Losing a job can be difficult. But it doesn't mean you have to lose health coverage for yourself or your family. Learn about your alternatives.

### Qualifying Life Events For Health Insurance

Some life changes, or qualifying events, can mean you're eligible to change your health insurance options outside of the open enrollment period.

## Get A Georgia Health Insurance Quote

Ready to take the next step? We can help you get a quote for health coverage that works for you and your family. Plus, our experts are standing by to help you choose a plan that's right for you.

Shop Plans

## Anthem Individual and Family Plans in Your State

California →

Colorado →

Connecticut →

Georgia →

Indiana →

Kentucky →

Maine →

Missouri →

Nevada →

New Hampshire →

New York →

Ohio →

Virginia →

Wisconsin →

If your state isn't listed, visit bcbs.com for other coverage options.

# Explore Our Other Plan Options

- Dental Insurance
- Supplemental Insurance
- Vision Insurance
- Medicare Insurance Plans
- Travel Medical Insurance
- Catastrophic Coverage Plans
- Georgia Access

†Virtual care visits, including video visits using the Sydney Health app are at no cost to members for most plans (however, it may be subject to the deductible depending upon the terms of the plan). Virtual care visits refer to video consultations, as deemed appropriate by a licensed physician. In addition to using a telehealth service, you can receive in-person or virtual care from your own doctor or another healthcare provider in your plan's network. If you receive care from a doctor or healthcare provider not in your plan's network, your share of the costs may be higher. You may also receive a bill for any charges not covered by your health plan. Sydney Health is offered through an arrangement with Carelon Digital Platforms, a separate company offering mobile application services on behalf of your health plan.

§Nationally recommended preventive care services received in-network have no copay and no deductible requirement.

¶Some commonly-used prescription drugs are available at no cost to you. Contact us for more information.

‡Subsidies are only available for Qualified Health Plans purchased through the Health Insurance Marketplace and State-Based exchanges. Anthem Insurance Companies, Inc., Matthew Thornton Health Plan, Inc., Anthem Health Plans of New Hampshire, Inc., Healthy Alliance Life Insurance Company, Community Insurance Company, and Compcare Health Services Insurance Corporation offer such Plans through the Health Insurance Marketplace. HMO Colorado, Inc. offers such Plans through Connect for Health Colorado. Anthem Health Plans, Inc. offers such Plans through Access Health CT. Anthem Health Plans of Kentucky, Inc. offers such Plans through Kentucky Health Benefit Exchange (Kynect). Anthem Health Plans of Maine, Inc. offers such Plans through CoverME.gov. HMO Colorado, Inc. dba HMO Nevada offers such Plans through Nevada Health Link. HealthKeepers, Inc. offers such plans through the Virginia Insurance Marketplace. Blue Cross Blue Shield Healthcare Plan of Georgia offers such plans through Georgia Access.

## Anthem Resources

About Anthem

Blog

Careers

News From Our Press Room

Site Map

Contact Us

## Anthem Health Plans

Individual & Family

Transparency In Coverage

Medicare

Medicaid

Federal Employees

Employers

Producers

Providers

Follow us on X

Subscribe to our YouTube channel

Facebook

Instagram

Download the Sydney Health App

© 2025 copyright of Anthem Insurance Companies, Inc. Serving Colorado, Connecticut, Georgia, Indiana, Kentucky, Maine, Missouri (excluding 30 counties in the Kansas City area), Nevada, New Hampshire, New York (17 southeastern counties), Ohio, Virginia (excluding the Northern Virginia suburbs of Washington, D.C.), and Wisconsin. Independent licensees of the Blue Cross and Blue Shield Association.

Sydney Care is offered through an arrangement with Carelon Digital Platforms, a separate company offering mobile application services on behalf of your health plan.

Legal Disclosure Terms of Use Protecting Your Privacy Accessibility & Usability Nondiscrimination Notice

Healthcare Fraud Prevention Machine Readable Files

Select a Language