Anthem

Find Care | Search Anthem.com

Individual & Family | Medicare | Medicaid | Employers | Producers | Providers | COVID-19 Info

Log In | Español

← Start Over

# Find Care

Corpus Christi, TX
Update Location

Corpus Christi Medical Center

DOM
Change Plan

Collapse

Sort by: Distance | All Filters (2)

Print | Email

Corpus Christi Medical Center
General Acute Care Hospital
7101 S Padre Island Dr
Corpus Christi, TX 78412 (7.95 mi)
(361) 761-1000

In-Network

1 results within 20 miles of Corpus Christi, TX

## Corpus Christi Medical Center

Print

Nueces County View Locations

Overview | More Details

In This Medical Plan's Network

Accepts New Patients
Not available

7101 S Padre Island Dr, Corpus Christi, TX 78412

(361) 761-1000

Office Hours
Not Available

Quick Facts

General Acute Care Hospital

Education not available

Gender and ethnicity not available

Speaks English

No Virtual/Telehealth Services

Recognitions
No information about recognitions is available for this care provider at this location.

Affiliations



Anthem

Find Care | Search Anthem.com

Individual & Family | Medicare | Medicaid | Employers | Producers | Providers | COVID-19 Info

Log In | Español

← Start Over

# Find Care

Kingwood, TX
Update Location

Hca Houston Healthcare Kingwood

E4K
Change Plan

Collapse

Sort by: Distance | All Filters (1)

Print | Email

**Hca Houston Healthcare Kingwood**
General Acute Care Hospital
22999 Highway 59 N
Kingwood, TX 77339 (3.00 mi)
(281) 348-8000

In-Network

1 results within 20 miles of Kingwood, TX

## Hca Houston Healthcare Kingwood

Print

Harris County

Overview | More Details

In This Medical Plan's Network

Accepts New Patients
Not available

22999 Highway 59 N, Kingwood, TX 77339

(281) 348-8000

Office Hours
Not Available

Quick Facts

General Acute Care Hospital

Education not available

Gender and ethnicity not available

Speaks English

No Virtual/Telehealth Services

Recognitions

Affiliations

We cannot guarantee that all care providers working within this hospital are in your plan's network.



Anthem

Find Care | Search Anthem.com

Individual & Family | Medicare | Medicaid | Employers | Producers | Providers | COVID-19 Info

Log In | Español

← Start Over

# Find Care

Draper, UT
Update Location

Lone Peak Hospital

National PPO (BlueCard PPO)
Change Plan

Collapse

Sort by: Distance | All Filters (1)

Print | Email

**Lone Peak Hospital**
General Acute Care Hospital
11925 S State St
Draper, UT 84020 (1.48 mi)
(801) 545-8000

In-Network

1 results within 20 miles of Draper, UT

## Lone Peak Hospital

Print

Salt Lake County

Overview | More Details

In This Medical Plan's Network

Accepts New Patients
Not available

11925 S State St, Draper, UT 84020

(801) 545-8000

Office Hours
Not Available

Quick Facts

General Acute Care Hospital

Education not available

Gender and ethnicity not available

Speaks English

No Virtual/Telehealth Services

Recognitions
No information about recognitions is available for this care provider at this location.

Affiliations
No information about affiliations is available for this care



BlueCross BlueShield National Doctor and Hospital Finder

Dashboard / TriStar Skyline Medica...

# TriStar Skyline Medical Center

General Acute Care Hospital

Locations Reviews Quality

## Locations

Tell us if something needs to change

### TriStar Skyline Medical Center

**General Acute Care Hospital**

In-network | Accepting new patients

5.7 mi • 3441 Dickerson Pike, Nashville, TN 37207

(615) 769 7336 • Call for office hours

Search who works here

Compare

| Specialties | Office hours | Contact | Quality |
|---|---|---|---|
| General Acute Care Hospital | Call (615) 769-7336 | Main: (615) 769-7336<br>Physical Fax:<br>(615) 769-7102 | Quality details<br>**Location services**<br>Wheelchair accessible |

### In-person locations

**TriStar Skyline Medical Center**
General Acute Care Hospital
In-network | Accepting new patients
5.7 mi • 3441 Dickerson Pike, Nashville, TN

**TriStar Skyline Medical Center**
General Acute Care Hospital
In-network | Accepting new patients
8.3 mi • 500 Hospital Dr, Madison, TN

Locations 1-2



Anthem

Find Care | Search Anthem.com

Individual & Family | Medicare | Medicaid | Employers | Producers | Providers | COVID-19 Info

Log In | Español

← Start Over

# Find Care

Corpus Christi, TX
Update Location

Corpus Christi Medical Center

Q8A
Change Plan

Collapse

Sort by: Distance | All Filters (2)

Print | Email

**Corpus Christi Medical Center**
General Acute Care Hospital
7101 S Padre Island Dr
Corpus Christi, TX 78412 (7.95 mi)
(361) 761-1000
In-Network

1 results within 20 miles of Corpus Christi, TX

## Corpus Christi Medical Center

Print

Nueces County View Locations

Overview | More Details

In This Medical Plan's Network

Accepts New Patients
Not available

7101 S Padre Island Dr, Corpus Christi, TX 78412

(361) 761-1000

Office Hours
Not Available

Quick Facts

General Acute Care Hospital

Education not available

Gender and ethnicity not available

Speaks English

No Virtual/Telehealth Services

Recognitions
No information about recognitions is available for this care provider at this location.

Affiliations



Anthem

Find Care | Search Anthem.com

Individual & Family | Medicare | Medicaid | Employers | Producers | Providers | COVID-19 Info

Log In | Español

← Start Over

# Find Care

Kansas City, MO
Update Location

Belton Regional Medical Center

National PPO (BlueCard PPO)
Change Plan

Collapse

Sort by: Distance | All Filters (1)

Print | Email

Belton Regional Medical Center
General Acute Care Hospital
1302 E North Ave
Belton, MO 64012 (19.97 mi)
(816) 348-1203

In-Network

1 results within 20 miles of Kansas City, MO

## Belton Regional Medical Center

Print

Cass County

Overview | More Details

In This Medical Plan's Network

Accepts New Patients
Not available

1302 E North Ave, Belton, MO 64012

(816) 348-1203

Office Hours
Not Available

Quick Facts

General Acute Care Hospital

Education not available

Gender and ethnicity not available

Speaks English

No Virtual/Telehealth Services

Recognitions
No information about recognitions is available for this care provider at this location.

Affiliations



Anthem

Find Care | Search Anthem.com

Individual & Family | Medicare | Medicaid | Employers | Producers | Providers | COVID-19 Info

Log In | Español

← Start Over

# Find Care

Asheville, NC
Update Location

MH Mission Hospital LLLP

E4K
Change Plan

Collapse

Sort by: Distance | Total Care | All Filters (1)

Print | Email

**Mh Mission Hospital Lllp**
General Acute Care Hospital
509 Biltmore Ave
Asheville, NC 28801 (1.31 mi)
(828) 213-1500
In-Network

1 results within 20 miles of Asheville, NC

## Mh Mission Hospital Lllp

Print

Buncombe County View Locations

Overview | More Details

In This Medical Plan's Network

Accepts New Patients
Not available

509 Biltmore Ave, Asheville, NC 28801

(828) 213-1500

Office Hours
Not Available

Quick Facts

General Acute Care Hospital

Education not available

Gender and ethnicity not available

Speaks English

No Virtual/Telehealth Services

Recognitions

Affiliations
No information about affiliations is available for this care provider at this location.



Anthem

Find Care | Search Anthem.com

Individual & Family | Medicare | Medicaid | Employers | Producers | Providers | COVID-19 Info

Log In | Español

Start Over

# Find Care

Overland Park, KS
Update Location

Overland Park Regional Medical Center

M8Q
Change Plan

Collapse

Sort by: Distance | All Filters (1)

Print | Email

**Overland Park Regional Medical Center**
General Acute Care Hospital
10310 Shawnee Mission Pkwy
Shawnee, KS 66203 (3.05 mi)
(913) 227-8400

In-Network

1 results within 20 miles of Overland Park, KS

## Overland Park Regional Medical Center

Print

Johnson County View Locations

Overview | More Details

In This Medical Plan's Network

Accepts New Patients
Not available

10310 Shawnee Mission Pkwy, Shawnee, KS 66203

(913) 227-8400

Office Hours
Not Available

Quick Facts

General Acute Care Hospital

Education not available

Gender and ethnicity not available

Speaks English

No Virtual/Telehealth Services

Recognitions
No information about recognitions is available for this care provider at this location.

Affiliations

