# Table Of Contents

Account and Caregiver Access (6 FAQs)

Alternative Languages (1 FAQs)

Behavioral Health Resource Center (3 FAQs)

Benefits & Claims (79 FAQs)

Customer Support (48 FAQs)

Dependent Care (7 FAQs)

Doctors – Hospitals – Facilities (12 FAQs)

Emergency Care (5 FAQs)

Health & Wellness (2 FAQs)

Laws and Rights That Protect You (4 FAQs)

Pharmacy (12 FAQs)

Technical Issues (1 FAQs)

# Doctors – Hospitals – Facilities

## What's the difference between doctors or hospitals in the network and outside of the network?

Doctors, hospitals, facilities (such as labs) and other professionals who give health care services may have a contract with us. If they do, they're in our network - also called *in-network providers*. That means they've shown they provide quality care and they accept our payment rates when our members go to them for care. If they don't have a contract with us, they're outside of our network - or *out of network providers*.

## Why should I use providers in the network?

Many of our networks are made up of providers who meet high quality standards. Network providers are responsible for getting any needed preauthorization (approval) of your care. They also file your claim for you and will seek payment from us for covered services. When you see network providers, you only have to pay the copays, deductibles and coinsurance required by hour health plan.

If you get treatment from a provider outside the network, you may be responsible for getting preauthorization for a proposed service. You could have to pay more for services done outside of your network. Check your plan document (your contract, Evidence of Coverage, Summary of Benefits, Certificate of Coverage, or Member Handbook, etc.) for details.
If you have questions or to check if your treatment needs preauthorization, call the Member Services number listed on the back of your ID card.

## Can I go to a provider outside the network?

Yes, although it does not make the most of your benefits and may end up costing you more. Check your plan document (your contract, Evidence of Coverage, Summary of Benefits, Certificate of Coverage, or Member Handbook, etc.) to learn more.

*NOTICE: There are hospitals, health care facilities, physicians or other health care providers who are not included in every plan network. Your financial responsibilities for payment of covered services may differ if you use a network provider or a non-network provider. Please refer to the online Find Care tool to determine if a particular provider is in the network or contact customer service for assistance.*

## What do I do if my current doctor is not a network provider?

You could ask your doctor to call us and apply to join the network. Until your doctor becomes a provider in the network, changing to a network doctor will help you pay less and make the most of your benefits.

# Table Of Contents

Account and Caregiver Access (6 FAQs)

Alternative Languages (1 FAQs)

Behavioral Health Resource Center (3 FAQs)

Benefits & Claims (79 FAQs)

Customer Support (48 FAQs)

Dependent Care (7 FAQs)

Doctors – Hospitals – Facilities (12 FAQs)

Emergency Care (5 FAQs)

Health & Wellness (2 FAQs)

Laws and Rights That Protect You (4 FAQs)

Pharmacy (12 FAQs)

Technical Issues (1 FAQs)

## What is a primary care physician (PCP)?

A primary care physician (PCP) is your main doctor. Always try to go to your PCP first for health concerns or questions. Your PCP coordinates any other care you need, such as a visit to a specialist or a hospital stay. You may need to contact your PCP to get an OK (prior authorization) before you get certain services.

Most PCPs are family or general practitioners, internists, or pediatricians. These types of doctors have gone to school to learn about all areas of health. That way, they can get a strong, overall picture of your health.

Not all health plans require you to have a PCP. Check your plan document (your contract, Evidence of Coverage, Summary of Benefits, Certificate of Coverage, or Member Handbook, etc.) for details.

## What if my primary care physician or primary doctor can't see me right away?

In emergencies, call 9-1-1 or go to the nearest hospital - you don't need an OK from us or your PCP. But be careful not to use the emergency room unless it really is an emergency.

If it's not an emergency, you can see a doctor right away online, using your phone or computer at livehealthonline.com. Depending on your plan, it's likely about the same cost as your doctor.

You can also use our **Find Care** tool to look for an urgent care center - or a clinic in a retail shopping store. You can usually walk in without an appointment needed. And they can handle lots of urgent health issues like a flu or cold, allergies, prescribing medication, even small fractures, and X-rays.

## What if I need to see a specialist?

You may need to contact your Primary Care Physician (PCP) to get an OK (prior authorization) before you get certain services, including behavioral health services. Your PCP will work with you to decide if you need to see a specialist. If so, your PCP will refer you to a network specialist. If you have to refer yourself to a specialist, you can search for a network specialist in our online directory. Check your plan document (your contract, Evidence of Coverage, Summary of Benefits, Certificate of Coverage, or Member Handbook, etc.) for details.

## How long should it take for my doctor to see me if I have an urgent medical need?

If your primary doctor can't see you that day or the next, you should find an urgent care clinic nearby. Under Find Care, select Find Urgent Care for one in your network.

# Table Of Contents

Account and Caregiver Access (6 FAQs)
Alternative Languages (1 FAQs)
Behavioral Health Resource Center (3 FAQs)
Benefits & Claims (79 FAQs)
Customer Support (48 FAQs)
Dependent Care (7 FAQs)
Doctors – Hospitals – Facilities (12 FAQs)
Emergency Care (5 FAQs)
Health & Wellness (2 FAQs)
Laws and Rights That Protect You (4 FAQs)
Pharmacy (12 FAQs)
Technical Issues (1 FAQs)

## How long should it take me to get an appointment with my doctor, when it's not for an urgent need or emergency?

It can take up to 10 business days or two weeks.

## I need to reach my primary care physician (PCP) but it's after office hours. What do I do?

Call them. They should always have someone available, or a recorded message to help you get the care you need.

## What are the different types of doctors and hospitals?

Get a full list of the types of doctors, hospitals and other health care providers. Log in to and choose Find Care.

## How do I use an NPI (National Provider Identifier) or license number to find a care provider?

Simply enter the number into the Find Care search bar and hit enter.

## How do I make sure a doctor, hospital, or other care provider is in my plan network?

Register and log in to make sure you're searching in the right plan network. Once you're logged in, Find Care will show in-network physicians and medical professionals.

## How do you choose doctors, hospitals, and other care providers for your networks?

We look at a number of factors, including quality of care, member experience, access, and cost.

Learn more about how we choose doctors and care providers for our networks.

Learn more about how we choose doctors and optical stores our vision plans.

# Table Of Contents

Account and Caregiver Access (6 FAQs)

Alternative Languages (1 FAQs)

Behavioral Health Resource Center (3 FAQs)

Benefits & Claims (79 FAQs)

## How do I find quality care when choosing a doctor or hospital?

Here's information about finding quality care when choosing a doctor or hospital.

## How do we choose dentists for our networks?

Find out how we choose dentists for our networks.