Anthem

# The BlueCard® Program Provider Manual

**January 1, 2022**

This Manual is designed to assist you with education about BlueCard® and Inter-Plan business. As information is updated by the Blue Cross Blue Shield Association and/or Anthem Blue Cross and Blue Shield, we will communicate this information to you via the Anthem website at www.anthem.com or through our provider services staff. We are pleased to provide you with the tools and resources necessary to conduct business with the Blues in a more efficient and effective manner.

ANTHEM is a registered trademark of Anthem Insurance Companies, Inc. The Blue Cross and Blue Shield names and symbols are registered marks of the Blue Cross and Blue Shield Association © 2005-2009. Anthem Blue Cross and Blue Shield is the trade name of: In Colorado: Rocky Mountain Hospital and Medical Service, Inc. HMO products underwritten by HMO Colorado, Inc. In Connecticut: Anthem Health Plans, Inc. In Indiana: Anthem Insurance Companies, Inc. In Kentucky: Anthem Health Plans of Kentucky, Inc. In Maine: Anthem Health Plans of Maine, Inc. In Missouri (excluding 30 counties in the Kansas City area): RightCHOICE® Managed Care, Inc. (RIT), Healthy Alliance® Life Insurance Company (HALIC), and HMO Missouri, Inc. RIT and certain affiliates administer non-HMO benefits underwritten by HALIC and HMO benefits underwritten by HMO Missouri, Inc. RIT and certain affiliates only provide administrative services for self-funded plans and do not underwrite benefits. In Nevada: Rocky Mountain Hospital and Medical Service, Inc. HMO products underwritten by HMO Colorado, Inc., dba HMO Nevada. In New Hampshire: Anthem Health Plans of New Hampshire, Inc. HMO plans are administered by Anthem Health Plans of New Hampshire, Inc. and underwritten by Matthew Thornton Health Plan, Inc. In Ohio: Community Insurance Company. In Virginia: Anthem Health Plans of Virginia, Inc. trades as Anthem Blue Cross and Blue Shield in Virginia, and its service area is all of Virginia except for the City of Fairfax, the Town of Vienna, and the area east of State Route 123. In Wisconsin: Blue Cross Blue Shield of Wisconsin (BCBSWi), underwrites or administers PPO and indemnity policies and underwrites the out of network benefits in POS policies offered by Compcare Health Services Insurance Corporation (Compcare) or Wisconsin Collaborative Insurance Corporation (WCIC). Compcare underwrites or administers HMO or POS policies; WCIC underwrites or administers Well Priority HMO or POS policies. Independent licensees of the Blue Cross and Blue Shield Association. ANTHEM is a registered trademark of Anthem Insurance Companies, Inc. The Blue Cross and Blue Shield names and symbols are the registered marks of the Blue Cross and Blue Shield Association.

# 1. Introduction: BlueCard® Program Makes Filing Claims Easy

As a participating provider of Anthem you may render services to patients who are National Account members of other Blue Cross and Blue Shield Plans, and who travel or live in your area.

This manual describes the advantages of the program, and provides information to make filing claims easy. This manual offers helpful information about:

- Identifying members
- Verifying eligibility
- Obtaining pre-certifications/pre-authorizations
- Filing claims
- Who to contact with questions

# 2. What is the BlueCard Program?

## 2.1 Definition

BlueCard is a national program that enables members of one BCBS Plan to obtain healthcare service benefits while traveling or living in another BCBS Plan's service area. The program links participating healthcare providers with the independent BCBS Plans across the United States and in more than 200 countries and territories worldwide through a single electronic network for claims processing and reimbursement.

The program lets you submit claims for patients from other BCBS Plans, domestic and international, to your local BCBS Plan.

Your local BCBS Plan is your sole contact for claims payment, adjustments and issue resolution.

## 2.2 BlueCard Program Advantages to Providers

The BlueCard Program lets you conveniently submit claims for members from other BCBS Plans, including international BCBS Plans, directly to Anthem. Anthem will be your only point of contact for all of your claims-related questions.

Many other Blue Plans' members currently reside in your Anthem Plan service area and the growth in out-of-area membership continues to grow because of our partnership with you. That is why we are committed to meeting your needs and expectations. Working together, we can ensure your patients will have a positive experience at each visit.

# 3. How the BlueCard Program Works




In the example above, suppose a member has PPO coverage through BlueCross BlueShield of Tennessee. There are two scenarios where that member might need to see a provider in another Plan's service area, in this example, Illinois:

1) If the member was traveling in Illinois, or

2) If the member resided in Illinois and had employer-provided coverage through BlueCross BlueShield of Tennessee.

In either scenario, the member can obtain the names and contact information for BlueCard PPO providers in Illinois by calling the BlueCard Access® Line at 1.800.810.BLUE (2583). The member also can obtain information on the Internet, using the National Doctor and Hospital Finder available at www.bcbs.com.

*NOTE: MEMBERS ARE NOT OBLIGATED TO IDENTIFY PARTICIPATING PROVIDERS THROUGH EITHER OF THESE METHODS BUT IT IS THEIR RESPONSIBILITY TO GO TO A PPO PROVIDER IF THEY WANT TO ACCESS PPO IN-NETWORK BENEFITS.*

When the member makes an appointment and/or sees an Illinois BlueCard PPO provider, the provider may verify the member's eligibility and coverage information via the BlueCard Eligibility® Line at 1.800.676.BLUE (2583). The provider also may obtain this information via a HIPAA electronic eligibility transaction if the provider has established electronic connections for such transactions with the local Plan, Blue Cross and Blue Shield of Illinois.

After rendering services, the provider in Illinois files a claim locally with Blue Cross and Blue Shield of Illinois. Blue Cross and Blue Shield of Illinois forwards the claim to BlueCross BlueShield of Tennessee that adjudicates the claim according to the member's benefits and the provider's arrangement with the Illinois Plan.

When the claim is finalized, the Tennessee Plan issues an explanation of benefit (EOB) to the member, and the Illinois Plan issues the explanation of payment, or remittance advice, to its provider and pays the provider.

## 3.1 How to Identify Members

### 3.1.1 Member ID Cards

When members of BCBS Plans arrive at your office or facility, be sure to ask them for their current BCBS Plan membership identification card.

The main identifier for out-of-area members is the prefix. The ID cards may also have:

- PPO in a suitcase logo, for eligible EPO/PPO members
- PPOB in a suitcase logo, for PPO members with access to the BlueCard PPO Basic network
- Blank suitcase logo
- An HPN in a suitcase logo with the Blue High Performance Network$^{SM}$ (HPN) name in the upper right or lower left corner, for BlueHPN EPO members.

Important facts concerning member IDs:

- A correct member ID number includes the prefix (first three positions) and all subsequent characters, up to 17 positions total. This means that you may see cards with ID numbers between 6 and 14 numbers/letters following the prefix.
    - Examples of prefix ID numbers:
        - ABC 1234567
        - ABC 1234H567
        - ABC 12345678901234
- Do not add/delete characters or numbers within the member ID.
- Do not change the sequence of the characters following the prefix.
- The prefix is critical for the electronic routing of specific HIPAA transactions to the appropriate BCBS Plan.
- Members who are part of the FEP will have the letter "R" in front of their member ID number.

As a provider servicing out-of-area members, you may find the following tips helpful:

- Ask the member for the most current ID card at every visit. Since new ID cards may be issued to members throughout the year, this will ensure you have the most up-to-date information in the member's file.
- Verify with the member that the ID number on the card is not his/her Social Security Number. If it is, call the BlueCard Eligibility line 1.800.676.BLUE (2583) to verify the ID number.
- Make copies of the front and back of the member's ID card and pass this key information on to your billing staff.